UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

ANTHONY FIOZZO,

                              Plaintiff,

      -against-                              6:05-CV-0561 (LEK/VEB)

MICHAEL J. ASTRUE, *Commissioner
of Social Security*,

                              Defendant.

**<u>DECISION and ORDER</u>**

       This matter comes before the Court following a Report-Recommendation filed on January 19, 2011 by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York. Report-Rec. (Dkt. No. 24). On February 2, 2011, Plaintiff Anthony Fiozzo ("Plaintiff") filed objections ("Objections") to the Magistrate Judge's Report-Recommendation. Dkt. No. 25.

       This Court is to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." <u>Id.</u> Where, however, an objecting "'party makes only conclusory or general objections, or simply reiterates his original arguments, the Court reviews the Report and Recommendation only for clear error.'" <u>Farid v. Bouey</u>, 554 F. Supp. 2d 301, 307 (N.D.N.Y. 2008) (quoting <u>McAllan v. Von Essen</u>, 517 F. Supp. 2d 672, 679 (S.D.N.Y. 2007) (citations and quotations omitted)).

The Court has considered the Objections, undertaken a de novo review of the record, and determined that the Report-Recommendation should be approved for the reasons stated therein.

For the above reasons, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 24) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the Commissioner's decision is **AFFIRMED**, and the Commissioner's Motion for judgment on the pleadings (Dkt. No. 20) is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Motion for judgment on the pleadings (Dkt. No. 16) is **DENIED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:      February 16, 2011
            Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge